**Order entered January 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01435-CV

## MANISH KUMAR KARDAM, Appellant

## V.

## MICHELLE LYNN LOFSTROM, Appellee

### On Appeal from the 417th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 417-55748-2018

## ORDER

On December 18, 2018, we ordered Collin County District Clerk Lynne Finley to file an amended clerk's record that did not disclose confidential information and complied with the trial court's protective order. The protective order provides that "1. all places of employment or business addresses; 2. all school/daycare addresses; and 3. all residential addresses and telephone numbers" are to be stricken from "any and all public records, including any electronic records maintained by the Clerk of the Court." The protective order further provides such information shall be kept "for use only by the Court."

Rather than filing a redacted record that does not contain the confidential information, Ms. Finley filed a sealed record containing the confidential information and an unsealed amended record containing the remaining documents. Because the sealed record does not

comply with the protective order, we **STRIKE** that record as well as the amended record. We **ORDER** Ms. Finley to file, no later than January 23, 2019, a single amended unsealed clerk's record with the confidential and sensitive information stricken. *See* TEX. R. APP. P. 9.9; TEX. FAM. CODE ANN. § 85.007.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finley and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE